Approved.

IT IS SO ORDERED.

*s/ James R. Knepp II*
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| LINDSEY WILLIAMS-DIGGINS and CHRISTIAN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR BEHAVIORAL HEALTHCARE, INC.,<br><br>Defendant. | Case No.: 3:25-cv-02474-JRK |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Lindsey Williams-Diggins and Christian Williams (collectively "Plaintiffs") hereby give notice that their individual claims in this action against Defendant Harbor Behavioral Healthcare, Inc., are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees. Dismissal is warranted because Plaintiffs are now included in an amended state court action asserting substantially similar claims, rendering their participation in this action duplicative and warranting dismissal.[1]

[1] Plaintiffs respectfully submit that this notice of voluntary dismissal concurrently serves as their response to the Court's Order to Show Cause (ECF No. 6). Of course, should the Court nonetheless require a more fulsome explanation and response to the Court's Order, Plaintiffs will be happy to do so.

Dated: February 10, 2026

Respectfully submitted,

**LYNCH CARPENTER, LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch (PA 56887)
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
gary@lcllp.com

***Attorneys for Plaintiffs***